UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

MOUHAMADOU LAMINE FAYE,

                            Petitioner,         MOTION SCHEDULING ORDER

-vs-

                                             11-CV-6021

ERIC H. HOLDER, Attorney General of the
United States, et al.,

                            Respondents.

_____

       A motion to dismiss the petition on grounds of mootness] [#7] having been filed on August 23, 2011 by the respondents in the above-captioned case, it is hereby

       ORDERED, that any responding papers submitted in connection with this motion be filed and served on or before October 7, 2011; and it is further

       ORDERED, that unless a different date is specified in this Order, the time for service and the content of papers must be in accordance with Local Rules of Civil Procedure, Rules 7.1 and 5.2 (**papers not in compliance will not be considered**); and it is further

       ORDERED, that in accordance with Local Rules of Civil Procedure, Rule 7.3, the Court will not hear oral argument on this motion. A written decision will be rendered after October 7, 2011; and it is further

       **ORDERED, THAT ONE COURTESY COPY OF EACH FILING BE PROVIDED TO THE COURT.**

Dated: Rochester, New York
        September 7, 2011

                                                    ENTER:

                                                    /s/ Charles J. Siragusa
                                                    CHARLES J. SIRAGUSA
                                                    United States District Judge